Brian LAWRENCE;  Santa Lawrence,
Plaintiffs–Appellants,

v.

BANK OF AMERICA;  et al.,
Defendants–Appellees.

No. 10–16458.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 12, 2012.

Brian Lawrence, Las Vegas, NV, pro se.

Santa Lawrence, Las Vegas, NV, pro se.

Diana Erb, Daniel F. Polsenberg, Lewis
and Roca LLP, Las Vegas, NV, Kevin
Hahn, Malcolm & Cisneros, Irvine, CA, for
Defendant–Appellee.

Before:  GOODWIN, WALLACE, and
McKEOWN, Circuit Judges.

MEMORANDUM **

Brian and Santa Lawrence appeal pro se
from the district court's orders dismissing
their action arising out of foreclosure pro-
ceedings.  We have jurisdiction under 28
U.S.C. § 1291.  We review de novo. *King
v. California,* 784 F.2d 910, 912 (9th Cir.
1986).  We affirm.

The district court properly dismissed
the Lawrences' breach of contract claim
against Bank of America because they did
not allege facts establishing the requisite
elements of performance and breach.  *See
Calloway v. City of Reno,* 116 Nev. 250,
993 P.2d 1259, 1263 (2000) (stating that a
breach of contract consists of a "material
failure of performance of a duty arising
under or imposed by agreement" (citation
omitted)), overruled on other grounds by
*Olson v. Richard,* 120 Nev. 240, 89 P.3d 31
(2004).

The district court properly dismissed
the Lawrences' remaining claims for the
reasons stated in its orders entered on
February 9, 2010, and February 10, 2010.

Contrary to the Lawrences' contentions,
the district court did not err by consider-
ing their claims under the federal pleading
standard.  *See Vess v. Ciba–Geigy Corp.
USA,* 317 F.3d 1097, 1102 (9th Cir.2003)
("The Federal Rules of Civil Procedure
apply irrespective of the source of subject
matter jurisdiction, and irrespective of
whether the substantive law at issue is
state or federal.").

The Lawrences' remaining contentions,
including those concerning securitization
and standing, are unpersuasive.

We do not consider matters not specifi-
cally and distinctly raised and argued in
the opening brief, nor arguments and alle-
gations raised for the first time on appeal.
*See Padgett v. Wright,* 587 F.3d 983, 985 n.
2 (9th Cir.2009) (per curiam).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.